**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| MARCUS L. DANIELS, ADC #118133, | * * * |
| Plaintiff, | * |
| v. | *   No. 3:12-cv-00150-SWW-JJV |
| | * |
| BLAIR, Sheriff of Crittenden County; *et al.*, | * * |
| Defendants. | * |

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Blair, Boyd, Coleman, Mobley, Bonner, Correctional Medical Services, Inc., and Crittenden County Detention Center are DISMISSED from this action, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED THIS 20TH DAY OF AUGUST, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE