**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARCUS L. DANIELS,
ADC #118133                                                                                                    PLAINTIFF

v.                                        3:12-cv-00150-SWW-JJV

BLAIR, Sheriff of Crittenden County; *et al*.                                              DEFENDANTS

## ORDER

The Defendants' attorney has supplied the correct names of Defendants John Dexter, Phillip Frazier, and Lindsey Peterson (Doc. No. 22). The Clerk shall change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 24th day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE