# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARCUS L. DANIELS,
ADC #118133                                                                                         PLAINTIFF

v.                              3:12-cv-00150-SWW-JJV

BLAIR, Sheriff of Crittenden County; *et al*.                                      DEFENDANTS

## ORDER

The Clerk of the Court shall prepare Summons for the Defendants Phillip Frazier, John Dexter, and Lindsey Peterson, and the United States Marshal shall serve a copy of the Summons and Amended Complaint (Doc. No. 4) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE