**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| MARCUS L. DANIELS, ADC #118133 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:12-cv-00150-SWW-JJV |
| BLAIR, Sheriff of Crittenden County; *et al.,* | * | |
| | * | |
| Defendants. | * | |

**ORDER**

The Clerk of the Court shall prepare summons for Defendant Lindsey Peterson, and the United States Marshal shall serve a copy of the Summons and Amended Complaint (Doc. No. 4) on Defendant, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of September, 2012.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE