IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS L. DANIELS,     PLAINTIFF
ADC #118133

v.     3:12-cv-00150-SWW-JJV

BLAIR, Sheriff of Crittenden County; *et al*.     DEFENDANTS

## ORDER

Plaintiff filed this action on June 22, 2012 (Doc. No. 2). Defendant Lindsey Peterson has not been served despite two attempts (Doc. Nos. 33, 40). Plaintiff is notified he must provide a present address on Defendant Peterson within thirty days of the date of this Order. In accordance with Federal Rule of Civil Procedure 4(m), failure to obtain service shall result in the dismissal of Plaintiff's Complaint, without prejudice.[1]

IT IS SO ORDERED this 26th day of September, 2012.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] FED. R. CIV. P. 4(m) Time Limit for Service: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."