**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| MARCUS L. DANIELS, <br> ADC #118133, <br><br> Plaintiff, <br><br> vs. <br><br> BLAIR, Sheriff of Crittenden County; *et al.*, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 3:12CV00150-JJV |

## ORDER

Plaintiff shall file a Response to Defendants' Motion to Dismiss for failure to prosecute (Doc. No. 56) within fifteen days of the date of this Order.

IT IS SO ORDERED this 15th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE