IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS L. DANIELS, ADC #118133,   *
                                                                       *
          Plaintiff,                            *
v.                                                               *
                                                             *    No. 3:12CV00150-JJV
BLAIR, Sheriff of Crittenden County; *et al.*,  *
                                                          *
          Defendants.                   *

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 25th day of April, 2013.

                                                                    _____
                                                                    JOE J. VOLPE
                                                                    UNITED STATES MAGISTRATE JUDGE