IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MARCUS L. DANIELS, ADC #118133, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:12CV00150-JJV |
| BLAIR, Sheriff of Crittenden County; *et al.*, | * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of April, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE